BEFORE THE SECOND DIVISION, AUGUST 1, 1963

No. 67912.—Arrow Electronics International, Inc., et al. v. United States, protests 61/6301, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.